CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASHVANTH RAMESHKUMAR,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et. al.*,<br><br>Defendants. | Case No. 5:25-cv-10632-PCP<br><br>**THIRD STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT AND ~~[PROPOSED]~~ ORDER** |

On March 18, 2026, the Court granted the parties' stipulation to extend time for Defendants' response to Plaintiff's complaint, setting a due date for Defendant's response as April 15, 2026. *See* Dkt. 9. Plaintiff and Defendants now stipulate and respectfully request the Court to grant an additional extension of time for Defendants' response to Plaintiff's complaint and set a due date for May 15, 2026. Plaintiff filed a complaint in which he seeks adjudication of his Form I-526E, Immigrant Petition by Regional Center Investor, and Form I-485, Application to Register Permanent Residence or Adjust Status. On December 22, 2025, the agency approved Plaintiff's Form I-526E. The parties conferred and agree to allow United States Citizenship and Immigration Services additional time to review Plaintiff's Form I-485 and to prepare their response.  In view of the agreed-upon extension for Defendants' response to the complaint, the parties request a corresponding extension for Defendants'

Stipulation to Extend
Case No. 5:25-cv-10632-PCP                          1

motion for summary judgment. The parties request that Defendants file their motion for summary judgment by July 15, 2026.

Dated: April 15, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: April 15, 2026

/s/ Ashvanth Rameshkumar
ASHVANTH RAMESHKUMAR
Pro Se Plaintiff

### ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  April 17, 2026

HON. P. CASEY PITTS
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 5:25-cv-10632-PCP                    2

**DECLARATION OF MOLLY A. FRIEND**

I, MOLLY A. FRIEND, declare and state as follows:

1.      I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2.      On March 18, 2026, the Court granted the parties' second stipulation to extend time for Defendants' response to Plaintiff's complaint, setting a due date for Defendants' response as April15, 2026. *See* Dkt. 9.

3.      I have been conferring with Plaintiff regarding the agency's adjudication of the application, and we agreed to an additional 30-day extension of time for Defendants' response to the Plaintiff's complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  April 15, 2026

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney

Stipulation to Extend
Case No. 5:25-cv-10632-PCP                    3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day she caused a copy of the following document(s):

**THIRD STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER**

to be served by FIRST CLASS MAIL and email upon the party at the address stated below, which is the last known address:

ASHVANTH RAMESHKUMAR
2199 Beech Cir.
San Jose, CA 95131
ashvanthramesh@gmail.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:    April 15, 2026

/s/ *Lillian Do*
LILLIAN DO
Paralegal Specialist